UNITED STATES DISTRICT COURT
For the
DISTRICT OF NEVADA

| | |
|---|---|
| NexRF Corp.,<br><br>  Plaintiff,<br><br>v.<br><br>Playtika Ltd., Playtika Holding Corp., Caesars Interactive Entertainment, LLC<br><br>  Defendants. | Civil Action No. 3:20-CV-603 |

**WAIVER OF THE SERVICE OF SUMMONS**

To: Adam K. Yowell

  I have received your request to waive service of a summons in this action along with a copy of the complaint.

  I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case and that electronic transmission of the waiver request and electronic return of the request shall suffice.

  I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

  Pursuant to a stipulation between the parties, Playtika Ltd. and Playtika Holding Corp. shall serve an answer or a motion under Rule 12 within 90 days from November 20, 2020. If I

fail to do so, a default judgment may be entered against me or the entity I represent.

Dated:  November 23, 2020

_____
Gerson S. Panitch

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000
Gerson.Panitch@finnegan.com