ADAM K. YOWELL
Nevada Bar No. 11748
Adam.yowell@fisherbroyles.com
FISHERBROYLES, LLP
59 Damonte Ranch Pkwy
Ste B # 508
Reno, NV 89521
Telephone: (775) 230-7364
*Counsel for Plaintiff*

Alastair J. Warr
IN Bar #15873-49
FisherBroyles, LLP
203 N. LaSalle St., #2100
Chicago, IL 60601
Telephone: 317.407.5260
Email: Alastair.warr@fisherbroyles.com
(pro hac vice)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NexRF Corp., <br><br> Plaintiff, <br><br> v. <br><br> Playtika Ltd., Playtika Holding Corp., Caesars Interactive Entertainment, LLC <br><br> Defendants. | Civil Action No. 3:20-CV-603-MMD-CLB <br><br> **STIPULATED MOTION TO EXTEND TIME TO ANSWER FOR THE PLAYTIKA DEFENDANTS** <br> **(First Request)** |

Plaintiff NexRF Corp. ("NexRF") sent Playtika Ltd. and Playtika Holding Corp. ("Playtika Defendants") a waiver of service form under Fed. R. Civ. P. 4(d)(3), and agreed, with the Court's permission, to a 90-day extension of time for the Playtika Defendants to respond to the Complaint. A copy of the executed waiver is submitted herewith as an attachment. Accordingly, the Court is hereby moved to extend until February 18, 2021, the date for the Playtika Defendants to respond to the Complaint. Lawyers for the Playtika Defendants, who

1

have not yet made an appearance, stipulate to this extension and consent to the filing of this motion.

Dated: November 23, 2020

s/ Adam Yowell
Adam K. Yowell
**FISHERBROYLES, LLP**
59 Damonte Ranch Pkwy
Ste B # 508
Reno, NV 89521
Telephone: (775) 230-7364
Adam.yowell@fisherbroyles.com

*Attorney for Plaintiff NexRF Corp.*

**It is so Ordered:**

_____

Dated: November 30, 2020

2