ADAM K. YOWELL
Nevada Bar No. 11748
Adam.yowell@fisherbroyles.com
FISHERBROYLES, LLP
59 Damonte Ranch Pkwy
Ste B # 508
Reno, NV 89521
Telephone: (775) 230-7364
*Counsel for Plaintiff*

Alastair J. Warr
IN Bar #15873-49
FisherBroyles, LLP
203 N. LaSalle St., #2100
Chicago, IL 60601
Telephone: 317.407.5260
Email: Alastair.warr@fisherbroyles.com
(pro hac vice)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NexRF Corp.,<br><br>             Plaintiff,<br><br>v.<br><br>Playtika Ltd., Playtika Holding Corp., Caesars Interactive Entertainment, LLC<br><br>             Defendants. | Civil Action No. 3:20-CV-603-MMD-CLB<br><br>**STIPULATED MOTION TO EXTEND TIME TO ANSWER FOR DEFENDANT CAESARS**<br>**(First Request)** |

Plaintiff NexRF Corp. ("NexRF") and Caesars Interactive Entertainment, LLC ("Caesars") agree, with the Court's permission, to an 88-day extension of time such that all Defendants in this action will respond on the same day. Accordingly, the Court is hereby moved to extend until February 18, 2021, the date for Caesars to respond to the Complaint.

1

4832-5978-9011, v. 1

1  Lawyers for Caesars, who have not yet made an appearance, stipulate to this extension
2  and consent to the filing of this motion.
3  Dated: November 25, 2020
4
5  s/ Adam Yowell
   Adam K. Yowell
   **FISHERBROYLES, LLP**
6  59 Damonte Ranch Pkwy
   Ste B # 508
7  Reno, NV 89521
   Telephone: (775) 230-7364
8  Adam.yowell@fisherbroyles.com
9
   *Attorney for Plaintiff NexRF Corp.*
10

**It is so Ordered:**

_____

Dated: November 30, 2020

4832-5978-9011, v. 1