ADAM K. YOWELL
Nevada Bar No. 11748
Adam.yowell@fisherbroyles.com
FISHERBROYLES, LLP
59 Damonte Ranch Pkwy
Ste B # 508
Reno, NV 89521
Telephone: (775) 230-7364
*Counsel for Plaintiff*

Alastair J. Warr
IN Bar #15873-49
FisherBroyles, LLP
203 N. LaSalle St., #2100
Chicago, IL 60601
Telephone: 317.407.5260
Email: Alastair.warr@fisherbroyles.com
(pro hac vice)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NexRF Corp.,<br><br>    Plaintiff,<br><br>v.<br><br>Playtika Ltd., Playtika Holding Corp., Caesars Interactive Entertainment, LLC<br><br>    Defendants. | Civil Action No. 3:20-CV-603-MMD-CLB<br><br>**STIPULATED MOTION TO EXTEND TIME TO COMPLY WITH 26-1 REQUIREMENTS**<br>**(First Request)** |

At the time of submitting the now-granted motions for extending the Playtika Defendants' time to respond to the Complaint until February 18, 2021, the parties contemplated that no actions by the parties would be required by the parties until that date, and the parties contemplated that Plaintiff's submission of the motion for extension of the Playtika Defendants' time to respond would not constitute an appearance on behalf of the Playtika Defendants.  Given subsequent orders (ECF Nos. 14 & 18) from the Court indicating that a return of the waiver of

service to Plaintiff constituted an appearance (which under the Local Rules might otherwise trigger Discovery Plans, a 26(f) conference, and Mandatory Disclosures under LR 26-1 within 30 days). Plaintiff represents that all parties have stipulated and Plaintiff hereby moves for an order that the date for compliance with LR 26-1 requirements is extended until 30 days after the date for responding to the Complaint. Accordingly, consistent with an agreement of the parties, Plaintiff hereby moves to give all parties until March 22, 2021 to comply with LR 26-1 requirements. Plaintiff understands and has been informed that in the interim, counsel for the Playtika Defendants intend to submit a Verified Petition and Designation of Local Counsel pursuant to Local Rule IA 11-2, as ordered by the Court in ECF No. 18.

Dated: December 14, 2020

s/ Adam Yowell
Adam K. Yowell
**FISHERBROYLES, LLP**
59 Damonte Ranch Pkwy
Ste B # 508
Reno, NV 89521
Telephone: (775) 230-7364
Adam.yowell@fisherbroyles.com

*Attorney for Plaintiff NexRF Corp.*

**It is so Ordered:**

_____

4835-4522-4916, v. 1