ADAM K. YOWELL
Nevada Bar No. 11748
Adam.yowell@fisherbroyles.com
FISHERBROYLES, LLP
5470 Kietzke Ln.
Suite 300
Reno, NV 89521
Telephone: (775) 230-7364
*Counsel for Plaintiff*

Alastair J. Warr
IN Bar #15873-49
FisherBroyles, LLP
203 N. LaSalle St., #2100
Chicago, IL 60601
Telephone: 317.407.5260
Email: Alastair.warr@fisherbroyles.com
(pro hac vice)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NexRF Corp.,<br><br>        Plaintiff,<br><br>v.<br><br>Playtika Ltd., Playtika Holding Corp., Caesars Interactive Entertainment, LLC<br><br>        Defendants. | Civil Action No. 3:20-CV-603-MMD-CLB<br><br>**STIPULATED MOTION TO EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS AND COMPLY WITH 26-1 REQUIREMENTS**<br>**(First Request)** |

Defendants in this case filed Motions to Dismiss and Stay. ECF Nos. 26, 28, 29. In addition, the Court has previously granted a stipulated request to extend time to comply with Rule 26-1 requirements. ECF No. 20. The parties have agreed and hereby move to modify the briefing schedule for Defendants' Motions and also to further extend the time to comply with Rule 26-1 requirements. There is good cause for this extension because of counsels' schedules and the complexity of the issues presented. The current deadlines and requested extensions are

summarized in the below chart.  This is the first request to extend the briefing deadlines for the above-mentioned motions and the second request to extend time to comply with Rule 26-1.

|  | **Current Deadline** | **Requested New Deadline** |
|---|---|---|
| Response to Motions to Dismiss and Stay | March 4, 2021 | March 18, 2021 |
| Reply ISO Motions | March 11, 2021 | April 8, 2021 |
| Discovery Plan/Scheduling Order (30 days from Reply) | April 4, 2021 (Sunday) | May 3, 2021 |

Dated: February 25, 2021

/s/ *Adam Yowell*
Adam K. Yowell
**FISHERBROYLES, LLP**
5470 Kietzke Ln
Suite 300
Reno, NV 89521
Telephone: (775) 230-7364
Adam.yowell@fisherbroyles.com

*Attorney for Plaintiff NexRF Corp.*

/s/ *Michael J. McCue*
Michael J. McCue
Nevada Bar No. 06055
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: mmccue@LRRC.com
E-mail: mzhong@LRRC.com
Gerson S. Panitch (pro hac vice)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: 202-408-4080
E-mail: gerson.panitch@finnegan.com
*Attorneys for Defendants Playtika Ltd. and Playtika Holding Corp.*

/s/ *Adam Hosmer-Henner*
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
Ricardo J. Bonilla (Tex, Bar No. 24082704)
Lance E. Wyatt, Jr. (Tex. Bar No. 24093397)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070
rbonilla@fr.com
wyatt@fr.com
(pro hac vice pending)
*Attorneys for Defendant Caesars Interactive Entertainment LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 4, 2021

2

4826-6924-1566, v. 1