ADAM K. YOWELL
Nevada Bar No. 11748
Adam.yowell@fisherbroyles.com
FISHERBROYLES, LLP
5470 Kietzke Ln.
Suite 300
Reno, NV 89521
Telephone: (775) 230-7364
*Counsel for Plaintiff*

Alastair J. Warr
IN Bar #15873-49
FisherBroyles, LLP
203 N. LaSalle St., #2100
Chicago, IL 60601
Telephone: 317.407.5260
Email: Alastair.warr@fisherbroyles.com
(pro hac vice)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NexRF Corp., <br><br> Plaintiff, <br><br> v. <br><br> Playtika Ltd., Playtika Holding Corp., Caesars Interactive Entertainment, LLC <br><br> Defendants. | Civil Action No. 3:20-CV-603-MMD-CLB <br><br> **STIPULATED MOTION TO EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS** <br> **(First Request)** |

The Playtika Defendants in this case filed a Motion for Sanctions under Rule 11 on May 5, 2021. ECF No. 53. The parties have agreed and hereby move to modify the briefing schedule for the Playtika Defendants' Motions. There is good cause for this extension because of counsels' schedules and the complexity of the issues presented. The current deadlines and requested extensions are summarized in the below chart. This is the first request to extend the briefing deadlines for the above-mentioned Motion.

|  | **Current Deadline** | **Requested New Deadline** |
|---|---|---|
| Response to Motion for Sanctions | May 19, 2021 | June 1, 2021 |
| Reply ISO Motion | May 26, 2021 | June 22, 2021 |

Dated: May 7, 2021

/s/ *Adam Yowell*
Adam K. Yowell
**FISHERBROYLES, LLP**
5470 Kietzke Ln
Suite 300
Reno, NV 89521
Telephone: (775) 230-7364
Adam.yowell@fisherbroyles.com

Alastair J. Warr
IN Bar #15873-49 (pro hac vice)
FisherBroyles, LLP
203 N. LaSalle St., #2100
Chicago, IL 60601
Telephone: 317.407.5260
Email: Alastair.warr@fisherbroyles.com

*Attorney for Plaintiff NexRF Corp.*

/s/ *Michael J. McCue*
Michael J. McCue
Nevada Bar No. 06055
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: mmccue@LRRC.com
E-mail: mzhong@LRRC.com
Gerson S. Panitch (pro hac vice)
FINNEGAN, HENDERSON, FARABOW, GARRETT &
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: 202-408-4080
E-mail: gerson.panitch@finnegan.com

*Attorneys for Defendants Playtika Ltd.
and Playtika Holding Corp.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 13, 2021